# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136200

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

CHRISTEN NANCY MCFADDIN,
  Defendant-Appellant.

SC: 136200
COA: 283768
Berrien CC:   2006-406163-FH
              2006-411631-FH
              2007-402455-FH

_____/

On order of the Court, the application for leave to appeal the March 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

s0721